

Robert S. Fine
Tel 305.579.0826
Fax 305.961.5826
finer@gtlaw.com

**FILED
CLERK**

11:12 am, Oct 12, 2021

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

October 11, 2021

**VIA ECF**

Honorable Gary R. Brown
United States District Judge
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Ryan Tenzer-Fuchs v. Beall's Inc.*
               Case No.: 2:21-cv-02889 (GRB-SIL) (E.D.N.Y.)

Dear Judge Brown:

      We represent Defendant Beall's, Inc. in the above-entitled action. The parties have reached a settlement in this case and write to request that the Court issue a sixty-day letter to allow the parties to finalize and execute the terms of the contemplated settlement agreement. Plaintiff joins in this request. As such, the parties respectfully request that the initial pretrial conference scheduled for October 14, 2021 be cancelled.

                                                  Respectfully,

                                                  GREENBERG TRAURIG, P.A.

                                                  Robert S. Fine
                                                  FineR@gtlaw.com
                                                  Greenberg Traurig, P.A.
                                                  333 S.E. 2nd Avenue
                                                  Miami, FL 33131
                                                  Tel: 305.579.0500
                                                  *Attorneys for Beall's, Inc.*

ORDER DISMISSING CASE: In light of the settlement in principle this case is hereby DISMISSED without prejudice to its reinstatement should the settlement not be consummated. Barring any further requests for an extension within 90 days of this order, this dismissal shall deemed with prejudice.
Dated: 10/12/2021
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.